AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hughes, Lynn N. | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>09/10/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Suite 11122<br>515 Rusk Avenue<br>Houston, Texas 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Independent Executor | Estate Four (████ no interest, no compensation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 SEP 11 A 10: 32 RECEIVED FINANCIAL DISCLOSURE OFFICE

Hughes, Lynn N

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 09/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Geo. Mason Univ. Law & Economics Center | 07/1-12 | Sedona, Arizona | Symposium | travel, room, board |
| 2. American Assoc of Petroleum Geologists | 10/23-10/25 | Cape Town, RSA | Lecture | Note Four |
| 3. AAPG | 9/10-9/11 | Midland, Texas | Lecture | |
| 4. AAPG | 11/09-11/10 | Fort Worth, Texas | Lecture | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 09/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ** Land ******* | | ******* | | | ******* | | | | ******* |
| 2. Tract One, grazing, Colorado County, Texas | C | Rent | M | R | Devise | | | | 12/30/1991 $185,500 |
| 3. Tract Two, rice, Colorado & Wharton Counties, Texas | E | Rent | N | R | Devise | | | | 12/30/1991 $332,112 |
| 4. Tract Three, store, Colorado County, Texas | | | | | | | | | Sold in 2005 |
| 5. Tract Three, Mortgage | | | | | | | | | Paid in 2006 |
| 6. ** IRA One ******* | | ******* | | | ******* | | | | ******* |
| 7. Alliance Bernstein Tech | | | | | | 2007 | | | |
| 8. Jennison 20/20 Focus | | | | | | 2007 | | | |
| 9. Van Kampen Emerging Markets | | | | | | 2007 | | | |
| 10. FundSource | A | Distribution | L | T | | | L | | |
| 11. ** IRA Two ******** | | ******* | | | ******** | | | | ********* |
| 12. Strategic Partners Opr. | | | | | | 2007 | | | |
| 13. FundSource | A | Distribution | K | T | | | K | | |
| 14. ** Equities One ***** | | ******* | | | ******** | | | | ******* |
| 15. Sun Micro | | None | J | T | | | | | |
| 16. Prosperity Bancshares | A | Dividend | L | T | | | | | |
| 17. Chevron | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Wells Fargo & Co | E | Dividend | O | T | | | | | |
| 19. ** Equities Two ******* | | ******** | | | ****** | | | | ****** |
| 20. Wells Fargo & Co | C | Dividend | M | T | | | | | |
| 21. ** Estate Four ****** | | ******* | | | ******** | | | | ******* |
| 22. UBS Cashfund | A | Interest | J | T | | | | | Note One |
| 23. Putnam Global Equity | A | Distribution | J | T | | | | | |
| 24. Templeton Growth | A | Distribution | L | T | | | | | |
| 25. ** Mutual Funds One ******* | | ******* | | | ******** | | | | ******** |
| 26. AIM International Growth | D | Distribution | N | T | | | | | |
| 27. AIM International Fund-Asia | D | Distribution | N | T | | | | | |
| 28. Belmar Capital Fund LLC | D | Distribution | O | T | | | | | |
| 29. Jennison Equity Opportunity | A | Distribution | O | T | Buy | 2/13 | M | | |
| 30. AIM Basic Value | C | Distribution | O | T | | | | | |
| 31. Jennison Mid Cap Growth | A | Distribution | N | T | | | | | |
| 32. Pioneer | A | Distribution | M | T | | | | | |
| 33. Legg Mason Aggressive Growth | A | Distribution | O | T | Sold | 10/9 | N | | |
| 34. AIM Developing Markets | D | Distribution | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ** Minerals ******** | | | | | ************ | | | | ****************** |
| 36. MI-03 | | | | | Shut | | | | Everest Minerals-Whit |
| 37. MI-10 | A | Royalty | J | W | | | | | Prod Gather SJ Basin |
| 38. MI-16 | A | Royalty | J | W | | | | | Blue Door |
| 39. MI-19 | A | Royalty | J | W | | | | | McLane |
| 40. MI-21 | A | Royalty | J | W | | | | | Sun Oil |
| 41. MI-22 | A | Royalty | J | W | | | | | Devon Energy |
| 42. MI-31 | | | | | Shut | | | | Wagner Oil Shier |
| 43. MI-33 | | | | | Undrilled | | | | Dudley Land Co. |
| 44. MI-35 | D | Royalty | L | W | | | | | Everest-Thoro-Brown |
| 45. MI-36 | A | Royalty | J | W | | | | | Flint Hills |
| 46. MI-37 | C | Royalty | L | W | | | | | ConocoPhillips |
| 47. *** Money Market Funds *** | | ********* | | | ******** | | | | ******** |
| 48. Wells Fargo Advisors [ex-Wachovia] | D | Interest | L | T | | | | | Note One [merger] |
| 49. ** Bank Accounts ******* | | ******* | | | ********* | | | | ******* |
| 50. JPMorgan-Chase | A | Interest | K | T | | | | | |
| 51. Compass Bank - T | A | Interest | K | T | | | | | Trust Account |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Compass Bank - G | A | Interest | K | T | | | | | |
| 53. Compass Bank - 1 | | | | | Closed | 2007 | | | |
| 54. Wells Fargo-2 | D | Interest | M | T | | | | | |
| 55. | | | | | | | | | |
| 56. ** Mutual Funds Two ****** | | ********* | | | ******** | | | | ******* |
| 57. Delaware US Growth | | None | N | T | | | | | |
| 58. Delaware International Equity | C | Distribution | M | T | | | | | |
| 59. Delaware Trend | A | Distribution | M | T | Buy (add'l) | 2/13 | M | | |
| 60. Van Kampen Emerging Markets | | None | L | T | | | | | |
| 61. Delaware Small Cap Value | A | Distribution | M | T | | | | | |
| 62. Jennison Equity Opportunity | D | Distribution | M | T | Buy (add'l) | 2/13 | M | | |
| 63. Delaware Diverse Value | D | Distribution | N | T | | | | | |
| 64. Delaware Golbal Value | B | Distribution | L | T | Buy | 1/29 | M | | |
| 65. Dryden Global Real Estate | A | Distribution | L | T | Buy | 2/13 | M | | |
| 66. | | | | | | | | | |
| 67. ** Goverment Bonds ******* | | ******* | | | ******** | | | | ******* |
| 68. Houston Utility | A | Interest | K | T | Buy | 10/9 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lower Colorado River | A | Interest | L | T | Buy | 10/9 | L | | |
| 70. Harris County Health | A | Interest | L | T | Buy | 2/29 | L | | |
| 71. Roma ISD | A | Interest | J | T | Buy | 12/22 | J | | |
| 72. Arizona Student Housing | C | Interest | L | T | | | | | |
| 73. Bell County, Texas | | | | | Redemption | 2007 | | | |
| 74. Cinco, Texas Mun Util Dist | C | Interest | | | Redeemed | 5/21 | K | A | |
| 75. | | | | | | | | | |
| 76. Illinois Health - 2 | | | | | Redemption | 2007 | | | |
| 77. | | | | | | | | | |
| 78. Idaho Housing | | | | | Redemption | 2007 | | | |
| 79. Waller, Texas, ISD | A | Interest | | | Redeemed | 2/15 | K | | |
| 80. Maine 2000 | A | Interest | | | Redeemed | 5/13 | L | | |
| 81. Carrolton, Texas | B | Interest | K | T | | | | | |
| 82. New Braunfels - 2 | B | Interest | K | T | | | | | |
| 83. ** Addenda ******* | | ******* | | | | | | | ************ |
| 84. MI-38 | A | Royalty | J | W | | | | | SW Operating |
| 85. MI-39 | E | Royalty | L | W | | | | | Everest-Hilje Land |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. E-MI-01 | | None | J | W | | | | | Remainder now reportable |
| 87. ***** End ***** | | | | | | | | | *************** |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 09/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note One: Cash balances in brokerage and bank accounts are swept into money-markets funds or minuicipal money-market funds.

Note Two: Capital gains in mutual funds are automatically reinvested.

Note Four: The American Association of Petroleum Geologists has appointed me its distinguished lecture for ethics.
No fee or honorium. It reimburses me for room, board, and travel.
The lectures are funded from its foundation. The AAPG has 30,000 members around the world.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544